1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PATRICK FAGUNDES,                          No.  2:13-cv-0797 TLN DAD PS

12                  Plaintiff,

13        v.                                     ORDER

14   JP MORGAN CHASE BANK, N.A., et al.,

15                  Defendants.

16

17        On December 18, 2013, plaintiff filed a document entitled "NOTICE OF DISMISSAL . . .

18   . under Federal Rule of Civil Procedure 41(a)(1)(A)(i)" resulting in the dismissal of this action

19   without any further order from the court.  (Dkt. No. 28.)  Accordingly, this action was closed on

20   January 6, 2014, pursuant to plaintiff's notice of voluntary dismissal.

21        On October 16, 2014, plaintiff filed a "Motion to Vacate Voluntary Dismissal and

22   Reinstate Civil Action."  (Dkt. No. 30.)  That motion, however, is not noticed for hearing before

23   the undersigned in violation of the Local Rules.  Moreover, plaintiff's motion to vacate fails to

24   address why this court should vacate the previous order of dismissal and reinstate this action.  See

25   Nelson v. Napolitano, 657 F.3d 586, 589 (7th Cir. 2011) (relief from voluntary dismissal pursuant

26   to "Rule 60(b) is an extraordinary remedy granted only in exceptional circumstances"); Schmier

27   v. McDonald's LLC, 569 F.3d 1240, 1243 (10 Cir. 2009) (same).

28   /////

                                          1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to vacate his notice of

2  voluntary dismissal (Dkt. No. 30) is denied without prejudice.

3  Dated:  November 5, 2014

4

5

_____

DALE A. DROZD

6                                                    UNITED STATES MAGISTRATE JUDGE

7  DAD:6
Ddad1\orders.pro se\fagundes0797.mot.ftn.ord.docx

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2