UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FAGUNDES, | No. 2:13-cv-0797 TLN DAD PS |
| Plaintiff, | |
| v. | ORDER |
| JP MORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

Plaintiff, Patrick Fagundes, is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On December 18, 2013, plaintiff voluntarily dismissed this action. (Dkt. No. 28.) As a result, this case was closed by the Clerk of the Court on January 6, 2014.

On November 21, 2014, this matter came before the undersigned once again for hearing of defendant-in-intervention Jasbir S. Brar's motion to intervene and motion to expunge a notice of lis pendens that had been filed by plaintiff in connection with this action prior to his voluntary dismissal of it. Attorney Glen Navis appeared on behalf of the defendant-in-intervention and plaintiff Patrick Fagundes appeared on his own behalf.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

/////

1

1. Defendant's motion to intervene (Dkt. No. 34) is granted;

2. Defendant's motion to expunge notice of lis pendens (Dkt. No. 33) is granted; and

3. Plaintiff's Notice of Pending Action, recorded as DOC-2014-0042052-00, on June 24, 2014, in the Placer County Recorder's Office, against the real property located at 3993 Coldwater Drive, Rocklin, CA 95765, is expunged.

Dated: November 21, 2014

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\fagundes0797.oah.112114.docx